UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANK VALENTI** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 19-571-JWD-SDJ** |
| **COBURN SUPPLY COMPANY, ET AL** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 28, 2020 (Doc. 21), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion for Leave to File Plaintiff's First Supplemental and Amending Complaint (R. Doc. 6) is GRANTED, and this matter is REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Judgement shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on August 12, 2020.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**